AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DiFOLD INC.<br><br>*Plaintiff(s)*<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br><br>*Defendant(s)* | Civil Action No. 25-cv-61524-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Valeria Munoz (FL Bar No. 1059554)
Boies Schiller Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8433
vmunoz@bsfllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 09/16/2025

Angela E. Noble
Clerk of Court

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 25-cv-61524

DIFOLD INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## **SCHEDULE A**

| DOE NO | Seller Name | Seller URL | Country of Origin |
|---|---|---|---|
| 1 | AUVSTOTR | https://www.amazon.com/sp?seller=A1R1NG727SI4AG | China |
| 2 | beiliuzhaomengmaoyishanghang | https://www.amazon.com/sp?seller=A3A71W72UDQ0ZB | China |
| 3 | ciliary | https://www.amazon.com/sp?seller=ATTBAWEOO13IM | China |
| 4 | daqiang Department Store | https://www.amazon.com/sp?seller=A1PNP905H85IRF | China |
| 5 | delifendianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A3BQY1GW0YQRY0 | China |
| 6 | DKK trappings | https://www.amazon.com/sp?seller=ATLSNR3WK6EEX | China |
| 7 | Fuyuan Man Furniture Company | https://www.amazon.com/sp?seller=A9JZ6ON5IFHKU | China |
| 8 | GuoDaA | https://www.amazon.com/sp?seller=A2RNPILLU71GD0 | China |
| 9 | haicoco | https://www.amazon.com/sp?seller=AET19WEYSGEF1 | China |
| 10 | hgbvuygvjk-us | https://www.amazon.com/sp?seller=A13815PYBQ9AOB | China |
| 11 | huainanbentimaoyiyouxiangongsi | https://www.amazon.com/sp?seller=A1CYEUOJSM33ON | China |

| 12 | Jing Ting Trading Co., Ltd. | https://www.amazon.com/sp?seller=A20JOHCCOQ8HE2 | China |
|---|---|---|---|
| 13 | KAILING GOOD CHOICE | https://www.amazon.com/sp?seller=A2XN30LO0B1MEA | China |
| 14 | kkds | https://www.amazon.com/sp?seller=A3S7AHYD2USRF3 | China |
| 15 | Mimi's Store uu | https://www.amazon.com/sp?seller=A3SU1RK2SM95RW | China |
| 16 | Nanhai District Meihong Selected Trading Company | https://www.amazon.com/sp?seller=A3CNQVP1WPEYQR | China |
| 17 | NanYang JiuSi | https://www.amazon.com/sp?seller=A8LSX74FL7K1R | China |
| 18 | NewKingStar | https://www.amazon.com/sp?seller=A2B971NRVOE6TL | China |
| 19 | Opie | https://www.amazon.com/sp?seller=A1XGPRIMHPAA7M | China |
| 20 | qiutian-us | https://www.amazon.com/sp?seller=A297M4MA1509LU | China |
| 21 | Rui Chen Ru Trading Co. | https://www.amazon.com/sp?seller=A34CKK5XELH0FM | China |
| 22 | ShiDuaN | https://www.amazon.com/sp?seller=AI3P4R81B6S6D | China |
| 23 | Shine U | https://www.amazon.com/sp?seller=A3KJKSU9EQSQ18 | China |
| 24 | TangShanShiShangDuanShangMaoYouXianGongSi | https://www.amazon.com/sp?seller=A2SYVQ0EMQDBC4 | China |
| 25 | TechLuvo | https://www.amazon.com/sp?seller=A13EJKS8QOXAI3 | China |
| 26 | US-RONGHENG | https://www.amazon.com/sp?seller=A3X9J5T67M1NX | China |
| 27 | xinxin1store | https://www.amazon.com/sp?seller=A2BUX19ACNGQGQ | China |
| 28 | yang da hui | https://www.amazon.com/sp?seller=A1AZTT806PFU7R | China |
| 29 | Young Fun W | https://www.amazon.com/sp?seller=A10PNI2JBJW895 | China |
| 30 | ZHAOHAIXIAN HOME | https://www.amazon.com/sp?seller=A3EY5UDW5N05BY | China |
| 31 | a_norwood | https://www.dhgate.com/store/about-us/22022995.html | China |
| 32 | bao05 | https://www.dhgate.com/store/about-us/21859915.html | China |
| 33 | bethang258 | https://www.dhgate.com/store/about-us/22059954.html | China |

| 34 | ddmlhome | https://www.dhgate.com/store/about-us/22005561.html | China |
|---|---|---|---|
| 35 | ddmyjan | https://www.dhgate.com/store/about-us/21997297.html | China |
| 36 | hot_years1 | https://www.dhgate.com/store/about-us/22002422.html | China |
| 37 | lilykang | https://www.dhgate.com/store/about-us/20290233.html | China |
| 38 | methuen | https://www.dhgate.com/store/about-us/22022998.html | China |
| 39 | muskogee | https://www.dhgate.com/store/about-us/22027699.html | China |
| 40 | ning010 | https://www.dhgate.com/store/about-us/21836759.html | China |
| 41 | popular_district | https://www.dhgate.com/store/about-us/22002640.html | China |
| 42 | south_asian_stack1 | https://www.dhgate.com/store/about-us/22002553.html | China |
| 43 | weiman_qin03 | https://www.dhgate.com/store/about-us/22002529.html | China |
| 44 | xue009 | https://www.dhgate.com/store/about-us/21434830.html | China |
| 45 | yiran_textiles | https://www.dhgate.com/store/about-us/21356320.html | China |
| 46 | yushun_north | https://www.dhgate.com/store/about-us/22002654.html | China |
| 47 | zhi09 | https://www.dhgate.com/store/about-us/21756527.html | China |
| 48 | djmggk | https://www.ebay.com/usr/djmggk | China |
| 49 | hryhtu_0 | https://www.ebay.com/usr/hryhtu | China |
| 50 | miagwe2025 | https://www.ebay.com/usr/miagwe2025 | China |
| 51 | pyra_13 | https://www.ebay.com/str/pyra13 | China |
| 52 | Renewablesolar (renewablesolar) | https://www.ebay.com/str/renewablesolar | China |
| 53 | ycheng-model (ycheng-model) | https://www.ebay.com/str/ychengmodel | China |
| 54 | CoccoleDelights | https://www.etsy.com/shop/CoccoleDelights | China |
| 55 | Chanyuandianzi Marketplace | https://us.shein.com/store/home?store_code=4274360760 | China |
| 56 | Dnyyy Marketplace | https://us.shein.com/store/home?store_code=5559256547 | China |
| 57 | Say Morning Marketplace | https://us.shein.com/store/home?store_code=7879596053 | China |
| 58 | AiHaJia | https://www.walmart.com/reviews/seller/101654692 | China |

| 59 | AOTUA Co.Ltd | https://www.walmart.com/reviews/seller/102734342 | China |
|---|---|---|---|
| 60 | Duulaya | https://www.walmart.com/reviews/seller/101680887 | China |
| 61 | Great XinPiMaoYi | https://www.walmart.com/reviews/seller/102486828 | China |
| 62 | Hangzhou Baichen Company | https://www.walmart.com/reviews/seller/102768467 | China |
| 63 | Junjunbao business | https://www.walmart.com/reviews/seller/102740623 | China |
| 64 | miaoyou | https://www.walmart.com/global/seller/102782750 | China |
| 65 | qingjikeji | https://www.walmart.com/reviews/seller/102478419 | China |
| 66 | RUIQING Co.Ltd | https://www.walmart.com/reviews/seller/101597286 | China |
| 67 | wenwords store | https://www.walmart.com/reviews/seller/101686470 | China |
| 68 | YANG XUNG | https://www.walmart.com/reviews/seller/102834131 | China |