UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-61524-RS

DIFOLD INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, DIFOLD INC., voluntarily dismisses the following Defendants listed on Schedule A to the Amended Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 3 | ciliary | https://www.amazon.com/sp?seller=ATTBAWEOO13IM |
| 13 | KAILING GOOD CHOICE | https://www.amazon.com/sp?seller=A2XN30LO0B1MEA |
| 17 | NanYang JiuSi | https://www.amazon.com/sp?seller=A8LSX74FL7K1R |
| 52 | Renewablesolar (renewablesolar) | https://www.ebay.com/str/renewablesolar |
| 55 | Chanyuandianzi Marketplace | https://us.shein.com/store/home?store_code=4274360760 |
| 58 | AiHaJia | https://www.walmart.com/reviews/seller/101654692 |
| 61 | Great XinPiMaoYi | https://www.walmart.com/reviews/seller/102486828 |

Dated: October 23, 2025                            Respectfully submitted,

                                                          **BOIES SCHILLER FLEXNER LLP**

                                         By:  */s/ Valeria Munoz*
                                                Valeria Munoz (FL Bar No. 1059554)
                                                100 SE 2nd Street, Suite 2800
                                                Miami, FL 33131

Tel: (305) 357-8433
Email: vmunoz@bsfllp.com

*Attorney for Plaintiff DIFOLD Inc.*